**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | Case No.: |
| v. | ) | Judge |
| S H & D GENERAL TRUCKING, INC., an Illinois corporation | ) | Magistrate Judge |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, S H & D GENERAL TRUCKING, INC., an Illinois corporation, as follows:

## JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

**PARTIES**

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) S H & D GENERAL TRUCKING, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) S H & D GENERAL TRUCKING, INC., an Illinois corporation, has its principal place of business at Elburn, Illinois.

(c) S H & D GENERAL TRUCKING, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. On December 15, 2009 S H & D GENERAL TRUCKING, INC., entered into an Area Wide Material Hauling Agreement with Teamsters Local 330 for the period from June 1, 2009 through May 31, 2010, which continued in effect following that date, and later confirmed the continued Agreement effective June 1, 2023 through and including May 31, 2027 with Teamsters 330, as confirmed with the Local, as extended. The Agreements required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A) and was in effect throughout the audit period. S H & D GENERAL TRUCKING, INC., an Illinois corporation, has not sent a notice of termination.

5. Pursuant to the terms of the contract and the trust agreements establishing the Funds, Employer is required to make its books and records available to the Funds for audit

6. The Funds have attempted to obtain the books and records of the Defendant for an audit for the period January 1, 2016 through August 31, 2026. The Funds' auditor has written and repeatedly telephoned the company. Defendant has not produced all of the documents necessary to complete audit.

7. Without an order directing an audit be performed and delinquencies paid thereunder, Plaintiffs are unable to fulfill their fiduciary duties under the Plan.

8. The amount presently due cannot be ascertained without an audit.

WHEREFORE, Plaintiffs pray:

A. That the Court order an audit of Defendant's books and records for the period January 1, 2016 through October 31, 2026 to determine the actual amounts due and owing.

B. That judgment be entered against the corporation, and in favor of the Plaintiffs in the amount shown to be due under the audit.

C. That the Plaintiffs be awarded all relief provided for under 29 U.S.C. 1132(g)(2) including interest, 20% liquidated damages, costs and attorneys' fees.

D. That the Court enjoin the corporation from operation without making the Fund whole for its past delinquencies, and the grant of security for its current contributions.

E. That the Court grant such other relief as the Court may deem appropriate.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

By: ______________________
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

# TEAMSTERS LOCAL 330

## AREA WIDE MATERIAL HAULING AGREEMENT

TEAMSTERS
LOCAL
330
ELGIN ILLINOIS

affiliated with the

*International Brotherhood of Teamsters*

and

*Teamsters Joint Council No. 25*

effective

*June 1, 2009 through May 31, 2010*

## *ARTICLE 38 – FEDERAL AND STATE REGULATIONS*

**38.1** NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE PARTIES AGREE THAT THE EMPLOYER, IN ITS SOLE DISCRETION, MAY TAKE WHATEVER ACTION IT DEEMS APPROPRIATE TO COMPLY WITH THE PROVISIONS OF THE AMERICANS WITH DISABILITIES ACT AND TO MEET ITS OBLIGATIONS AND EXERCISE ITS RIGHTS UNDER THE FAMILY MEDICAL LEAVE ACT.

## *ARTICLE 39 - DURATION AND TERMINATION*

**39.1** THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2009 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2010, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 15 DAY OF December, 2009.

***AGREED***:

***FOR THE EMPLOYER:***

S H + D General Trucking, Inc
*NAME OF EMPLOYER*

[signature] V.P.
*SIGNATURE AND TITLE*

***FOR THE UNION:***

[signature]
*DOMINIC ROMANAZZI*
*PRESIDENT*
*TEAMSTERS LOCAL NO. 330*
*2400 BIG TIMBER ROAD*
*BLDG. B, SUITE 201*
*ELGIN, IL 60124*

SH&D GENERAL TRUCKING

# TEAMSTERS LOCAL 330

## AREA WIDE MATERIAL HAULING AGREEMENT

TEAMSTERS LOCAL 330 ELGIN ILLINOIS

affiliated with the

***International Brotherhood of Teamsters***

and

***Teamsters Joint Council No. 25***

effective

***June 1, 2010 through May 31, 2012***

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 9Th DAY OF September, 2010.

***AGREED***:

***FOR THE EMPLOYER:***

S H+D General Trucking Inc.
*NAME OF EMPLOYER*

[signature] V.P.
*SIGNATURE AND TITLE*

***FOR THE UNION:***

*DOMINIC ROMANAZZI*
*PRESIDENT*
*TEAMSTERS LOCAL NO. 330*
*2400 BIG TIMBER ROAD*
*BLDG. B, SUITE 201*
*ELGIN, IL 60124*

# *TEAMSTERS LOCAL 330*

## *AREA WIDE MATERIAL HAULING AGREEMENT*

affiliated with the

*International Brotherhood of Teamsters*

and

*Teamsters Joint Council No. 25*

effective

*June 1, 2014 through May 31, 2019*

PARTY DESIRING THE REOPENER SHALL SEND A WRITTEN REQUEST TO THE OTHER IDENTIFYING THE SPECIFIC ARTICLES OR SUBJECTS FOR WHICH IT SEEKS REOPENER NEGOTIATIONS. THE OTHER PARTY SHALL SEND A WRITTEN RESPONSE TO THE REQUEST WITHIN TEN (10) DAYS IDENTIFYING WHICH, IF ANY, OF THE ARTICLES OR SUBJECTS IT AGREES TO REOPEN, AND ONLY THOSE ARTICLES OR SUBJECTS SO IDENTIFIED SHALL BE REOPENED.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 12 DAY OF December, 2014.

***AGREED***:

***FOR THE EMPLOYER:***

S&D General Trucking, Inc.
*NAME OF EMPLOYER*

[signature] V.P.
*SIGNATURE AND TITLE*
2-2-2015

***FOR THE UNION:***

[signature]
*DOMINIC ROMANAZZI*
*PRESIDENT*
*TEAMSTERS LOCAL NO. 330*
*2400 BIG TIMBER ROAD*
*BLDG. B, SUITE 201*
*ELGIN, IL 60124*

# *TEAMSTERS LOCAL 330*

# *AREA WIDE MATERIAL HAULING AGREEMENT*

affiliated with the

*International Brotherhood of Teamsters*

and

*Teamsters Joint Council No. 25*

effective

*June 1, 2019 through May 31, 2023*

TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

## *ARTICLE 40 – RE-OPENER*

IN THE EVENT THAT TEAMSTERS JOINT COUNCIL 25 OR ANOTHER COALITION OF TEAMSTER LOCAL UNIONS ENTER INTO AN AREA-WIDE MATERIAL HAULING AGREEMENT APPLICABLE TO LOCAL 330'S GEOGRAPHIC JURISDICTION, THE PARTIES MAY BY MUTUAL AGREEMENT REOPEN THIS AGREEMENT, IN ACCORDANCE WITH THIS PROVISION, PROVIDED THAT PENSION (ARTICLE 11) AND HEALTH AND WELFARE (ARTICLE 10) SHALL NOT BE SUBJECT TO THIS REOPENER PROVISION. IN ORDER TO INVOKE THIS REOPENER PROVISION, THE PARTY DESIRING THE REOPENER SHALL SEND A WRITTEN REQUEST TO THE OTHER IDENTIFYING THE SPECIFIC ARTICLES OR SUBJECTS FOR WHICH IT SEEKS REOPENER NEGOTIATIONS. THE OTHER PARTY SHALL SEND A WRITTEN RESPONSE TO THE REQUEST WITHIN TEN (10) DAYS IDENTIFYING WHICH, IF ANY, OF THE ARTICLES OR SUBJECTS IT AGREES TO REOPEN, AND ONLY THOSE ARTICLES OR SUBJECTS SO IDENTIFIED SHALL BE REOPENED.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 18 DAY OF October, 2019.

***AGREED***:

***FOR THE EMPLOYER:***

Henry Etheis

*NAME OF EMPLOYER*

[signature] Vice Pres.

*SIGNATURE AND TITLE*

***FOR THE UNION:***

[signature]

*DOMINIC ROMANAZZI*
*PRESIDENT*
*TEAMSTERS LOCAL NO. 330*
*2400 BIG TIMBER ROAD*
*BLDG. B, SUITE 201*
*ELGIN, IL 60124*

# *TEAMSTERS LOCAL 330*

## *AREA WIDE MATERIAL HAULING AGREEMENT*

**affiliated with the**

***International Brotherhood of Teamsters***

**and**

***Teamsters Joint Council No. 25***

**effective**

***June 1, 2023, through May 31, 2027***

## *ARTICLE 42 - DURATION AND TERMINATION*

**42.1** THIS AGREEMENT SHALL BECOME EFFECTIVE JUNE 1, 2023, AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2027. THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

## *ARTICLE 43 - RE-OPENER*

IN THE EVENT THAT TEAMSTERS JOINT COUNCIL 25 OR ANOTHER COALITION OF TEAMSTER LOCAL UNIONS ENTER INTO AN AREA-WIDE MATERIAL HAULING AGREEMENT APPLICABLE TO LOCAL 330'S GEOGRAPHIC JURISDICTION, THE PARTIES MAY BY MUTUAL AGREEMENT REOPEN THIS AGREEMENT, IN ACCORDANCE WITH THIS PROVISION, PROVIDED THAT PENSION (ARTICLE 11) AND HEALTH AND WELFARE (ARTICLE 10) SHALL NOT BE SUBJECT TO THIS REOPENER PROVISION. IN ORDER TO INVOKE THIS REOPENER PROVISION, THE PARTY DESIRING THE REOPENER SHALL SEND A WRITTEN REQUEST TO THE OTHER IDENTIFYING THE SPECIFIC ARTICLES OR SUBJECTS FOR WHICH IT SEEKS REOPENER NEGOTIATIONS. THE OTHER PARTY SHALL SEND A WRITTEN RESPONSE TO THE REQUEST WITHIN TEN (10) DAYS IDENTIFYING WHICH, IF ANY, OF THE ARTICLES OR SUBJECTS IT AGREES TO REOPEN, AND ONLY THOSE ARTICLES OR SUBJECTS SO IDENTIFIED SHALL BE REOPENED.

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 27 DAY OF October, 2023

**AGREED:**

***FOR THE COMPANY:***

Henry Theis
*NAME OF EMPLOYER*

[signature], V.P.
*SIGNATURE AND TITLE*

***FOR THE UNION:***

[signature]
*DOMINIC ROMANAZZI*
*PRESIDENT*
*TEAMSTERS LOCAL NO. 330*
*2400 BIG TIMBER ROAD*
*BLDG. B, SUITE 201*
*ELGIN, IL 60124*